UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| SALAH BAZZI, an individual | Case No. 21-cv-10642 |
| Plaintiff, | Hon. Judge Robert H Cleland |
| | Mag. Judge Elisabeth A. Stafford |
| v. | |
| WAYNE STATE UNIVERSITY, a public university; Doctor CHRISTOPHER STEFFES, MD, in his official capacity, and Doctor RICHARD BAKER, MD, in his official capacity as CHAIR OF THE PROMOTIONS COMMITTEE; jointly and severally, | |
| Defendants. | |

## ORDER
## GRANTING STIPULATED MOTION TO EXTEND
## DATE TO FILE EXPERT REPORTS

This matter having come before the Court on the stipulation of the parties, and the Court being fully informed in the premises;

IT IS ORDERED that any expert witness report intended to be used by Plaintiff is due on or before January 27, 2022;

IT IS FURTHER ORDERED that any expert witness report intended to be used by Defendant is due on or before February 10, 2022;

IT IS SO ORDERED.

Dated: December 29, 2021        Signed: <u>s/Robert H. Cleland</u>
                                US DISTRICT COURT JUDGE

Stipulated,

| | |
|---|---|
| <u>/s/Nabih H Ayad</u> | <u>/s/Brett J Miller</u> |
| Nabih H. Ayad (P59518) | BUTZEL LONG P.C. |
| AYAD LAW, PLLC | Brett J Miller (P68612) |
| Attorney for Plaintiff | Daniel B Tukel (P34978) |
| 645 Griswold Street, Suite 2202 | Attorneys for Defendants |
| Detroit, MI  48226 | 150 W Jefferson, Suite 100 |
| P: 313.983.4600 | Detroit, MI 48226 |
| F: 313.983.4665 | (313) 225-5316 |
| nabihayad@ayadlawpllc.com | millerbr@butzel.com |