UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

SALAH BAZZI,

    Plaintiff,

v.                                                  Case No. 21-10642

WAYNE STATE UNIVERSITY et al.,

    Defendants.
_____/

**ORDER TERMINATING PLAINTIFF'S MOTION TO COMPEL AND
GRANTING IN PART DEFENDANTS' MOTION TO COMPEL
AND EXTENDING THE DISPOSITIVE MOTION DEADLINE**

Plaintiff Salah Bazzi has filed a motion to compel seeking additional discovery. (ECF No. 22.) Defendants have also filed a motion to compel discovery responses. (ECF No. 23.) On March 24, 2022, the court held a telephonic hearing on the record to resolve these outstanding discovery disputes. After considering presentations from both parties, the court provided rulings on the record regarding the various discovery disputes raised in the two motions. Accordingly,

IT IS ORDERED, for the reasons stated on the record, that Plaintiff's Motion to Compel (ECF No. 22) is provisionally TERMINATED, subject only to Plaintiff's rapid review of and general satisfaction with Defendants' latest production of responsive documents.

IT IS ORDERED for the reasons stated on the record that Defendants' Motion to Compel (ECF No. 23) is GRANTED. Plaintiff shall:

    1.  Cooperate in good faith in the production for deposition on/before **April 14,**

    **2022,** of Plaintiff's mother, Siham Idies, already subpoenaed, regarding her alleged Covid-19 illness, provided that if Plaintiff produces a signed release granting Defendants limited access to her relevant medical records, subject to a concise protective order, no such deposition shall be required.

2. Immediately supplement his discovery responses should Plaintiff obtain additional documentation regarding the terms and conditions of any student loans or grants Plaintiff received from the United State Navy. Plaintiff will not be allowed to rely on such documents at trial if he fails to produce them well in advance of trial.

3. Produce documentation indicating that he took an "ALCS course" outside of Wayne State Medical School. Alternatively, Plaintiff shall provide a sworn affidavit attesting that he currently does not possess or have access to records regarding such course, including the absence of any financial records indicating that he paid for the course.

IT IS ORDERED, given that the parties were able to able to amicably resolve these motions without extensive briefing, that neither party shall be awarded costs.

IT IS FURTHER ORDERED that the deadline for dispositive motions is extended 30 days to **May 25, 2022**.

                                                                               s/Robert H. Cleland           /
                                                                               ROBERT H. CLELAND
                                                                               UNITED STATES DISTRICT JUDGE

Dated:  March 25, 2022

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, March 25, 2022, by electronic and/or ordinary mail.

s/Lisa Wagner                                  /<br>
Case Manager and Deputy Clerk<br>
(810) 292-6522

S:\Cleland\Cleland\AAB\Opinions and Orders\Civil\21-10642.Bazzi.ResolvingMotionToCompel.AAB.2.RHC.docx